[No. 73930-1-I.  Division One.  November 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON K. DAHL, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 14-1-00249-1, Toni A. Sheldon, J., entered September 29, 2014. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Dwyer, J., concurred in by Schindler and Leach, JJ.

[No. 73931-0-I.  Division One.  November 9, 2015.]

THE ESTATE OF HUNG NGUYEN, *Appellant*, v. FRANCISCAN HEALTH SYSTEM ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-15257-3, Gerald T. Costello, J., entered July 18, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Becker, J.

[No. 73932-8-I.  Division One.  November 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DYLAN JOSEPH HECKL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 14-1-00170-1, Sally F. Olsen, J., entered August 8, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Spearman, C.J., and Verellen, J.

[No. 73933-6-I.  Division One.  November 9, 2015.]

*In the Matter of the Marriage of* LISA MERIE CONKLIN, *Respondent*, and NICHOLAS FREDERICK CONKLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-3-01797-1, James R. Orlando, J., entered July 11, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Lau, JJ.